William A. Earnhart, ABA #9411099
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, AK 99501
Telephone: 907.276.1550
Facsimile: 907.276.3680

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANESH VARNER,<br><br>    Plaintiff,<br><br>vs.<br><br>SHORESIDE PETROLEUM, INC.,<br><br>    Defendant. | Case No.: 3:18-cv-_____-___ |

## NOTICE OF REMOVAL

Defendant, Shoreside Petroleum, Inc., by and through undersigned counsel of record, hereby gives notice to this Court of removal of the above captioned action from the Superior Court for the State of Alaska, Third Judicial District at Anchorage. This notice is based on the following:

1. Plaintiff Danesh Varner has filed a civil action in the Superior Court for the State of Alaska against Defendant Shoreside Petroleum, Inc., in Case No. 3AN-18-7919 Civil (the "State Action").[1] The Complaint alleges that Defendant violated

---

[1] A copy of the complaint is attached hereto as Exhibit A.

the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. and the federal Civil Rights Act, 42 U.S.C. § 1981.

2. The named Defendant has not filed any responsive pleading at this time, pending removal of this action to federal court.

3. This Court has exclusive jurisdiction over Plaintiff's claim for "money damages" pursuant to 28 U.S.C. § 1331 as the complaint alleges violation of exclusive federal law. Defendant is accordingly entitled to removal under 28 U.S.C. § 1441.

4. A Notice of Filing Removal of Civil Action, together with a copy of this Notice, has been filed in Anchorage, Alaska, where the State Action is pending. A copy of that Notice is attached hereto as Exhibit B.

DATED this 15th day of August, 2018.

BIRCH HORTON BITTNER & CHEROT
Attorneys for Defendant

By: /s/ William A. Earnhart
William A. Earnhart, ABA #9411099
510 L Street, Suite 700
Anchorage, AK 99501
Telephone: 907.276.1550
Facsimile: 907.276.3680
Email: wearnhart@bhb.com

VARNER V. SHORESIDE PETROLEUM
NOTICE OF REMOVAL
506473\59\00742047
CASE NO. 3:18-CV-_____-____
PAGE 2 OF 3

Case 3:18-cv-00189-TMB   Document 1   Filed 08/15/18   Page 2 of 3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of August, 2018, a true and correct copy of the foregoing was served on the following in the manner indicated:

Isaac Zorea  
P.O. Box 210434  
Anchorage, AK 99521

☑ U.S. Mail  
☐ Facsimile  
☐ Electronic Delivery  
☐ Hand Delivery

BIRCH HORTON BITTNER & CHEROT

By: /s/ William A. Earnhart

VARNER V. SHORESIDE PETROLEUM  
NOTICE OF REMOVAL  
506473\59\00742047  
CASE NO. 3:18-CV-____-____  
PAGE 3 OF 3

Case 3:18-cv-00189-TMB   Document 1   Filed 08/15/18   Page 3 of 3