William A. Earnhart, ABA #9411099
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, AK 99501
Telephone: 907.276.1550
Facsimile: 907.276.3680

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANESH VARNER,<br><br>    Plaintiff,<br><br>vs.<br><br>SHORESIDE PETROLEUM, INC.,<br><br>    Defendant. | Case No.: 3:18-cv-00189-TMB |

**MOTION FOR SUMMARY JUDGMENT**

COMES NOW Defendant Shoreside Petroleum, Inc., by and through undersigned counsel, and hereby moves for an order granting summary judgment. This motion is supported by the attached memorandum, exhibits, and proposed order.

DATED this 25th day of June, 2019.

                BIRCH HORTON BITTNER & CHEROT
                Attorneys for Defendant

                By:  /s/William A. Earnhart
                      William A. Earnhart, ABA #9411099
                      510 L Street, Suite 700
                      Anchorage, AK 99501
                      Telephone:  907.276.1550
                      Facsimile:  907.276.3680
                      Email:  wearnhart@bhb.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th of June, 2019, a true and correct copy of the foregoing was served on the following via the Court's CM/ECF electronic delivery system:

Isaac Zorea
P.O. Box 210434
Anchorage, AK 99521
eyedz@gci.net

BIRCH HORTON BITTNER & CHEROT

By:  /s/ William A. Earnhart

VARNER V. SHORESIDE PETROLEUM        CASE NO. 3:18-CV-00189-TMB
MOTION FOR SUMMARY JUDGMENT        PAGE 2 OF 2
00817356.DOCX

Case 3:18-cv-00189-TMB   Document 15   Filed 06/25/19   Page 2 of 2