# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

DANESH VARNER,
    Plaintiff,

Case Number 3:18-cv-00189-TMB

v.

SHORESIDE PETROLEUM, INC.,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

  **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X  **DECISION BY COURT**. This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT the plaintiff take nothing, that the action be dismissed on the merits, and that the defendant Shoreside Petroleum, Inc. recover of plaintiff Danesh Varner defendant's costs of action in the amount of $_____ and attorney's fees in the amount of $_____ with postjudgment interest thereon at the rate of  1.58% as provided by law.

APPROVED:

  S/TIMOTHY M. BURGESS
United States District Judge

Date: October 23, 2019

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*

    JENNIFER GAMBLE
Jennifer Gamble, Acting Clerk of Court

[Jmt2 - Basic - rev. 1-13-16}