Isaac D Zorea
Law Office of Isaac D Zorea
PO Box 210434
Anchorage, AK 99521
907-830-1385
800-536-1071
Email: eyedz@gci.net

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| DANESH VARNER,<br>      Plaintiff,<br><br>      v.<br>SHORESIDE PETROLEUM, INC.,<br>      Defendant. | Case No. 3:18-cv-00189-TMB |

### NOTICE OF APPEAL

Notice is hereby given that Danesh Varner, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from a final order granting Summary Judgment, dismissing the complaint. The Order that is being appealed was entered on October 21, 2019, at Dkt. 23.

Respectfully submitted this  20th  Day of November, 2019.

                                                     /s/ Isaac D. Zorea
                                                   Isaac D. Zorea
                                                   Law Office of Isaac Derek Zorea
                                                   P.O. Box 210434
                                                   Anchorage, AK 99521
                                                   (907) 830-1385
                                                   (800) 536-1071 facsimile

**Certificate of Service**

I hereby certify that on the 20th of November, 2019, a true and correct copy of the foregoing was served on the following via the Court's CM/ECF electronic delivery System:

William A. Earnhart
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, AK 99501

 /s/ Isaac D. Zorea
Isaac D. Zorea
Law Office of Isaac Derek Zorea
P.O. Box 210434
Anchorage, AK 99521
(907) 830-1385
(800) 536-1071 facsimile